■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL ROJAS, Appellant. [619 NYS2d 660] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Orgera, J.), rendered March 11, 1992, convicting him of criminal sale of a controlled substance in the third degree, criminal possession of a controlled substance in the third degree, and criminal possession of a controlled substance in the fifth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

It is well settled that the scope of cross-examination concerning prior convictions is a matter largely within the discretion of the trial court *(see, People v Mackey,* 49 NY2d 274). Since the commission of crimes involving dishonesty is usually relevant to a defendant's credibility, the court did not improvidently exercise its discretion in ruling that the defendant could be cross-examined about the attempted theft offense underlying his prior assault conviction *(see, People v Sandoval,* 34 NY2d 371).

The defendant's sentence was not unduly harsh or excessive.

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. Miller, J. P., O'Brien, Joy and Krausman, JJ., concur.